# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

129246

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AMVD CENTER, INC.,
  Plaintiff-Appellant,

v

SC: 129246
COA: 252467
Calhoun CC: 00-002906-CZ

CRUM & FORSTER INSURANCE,
  Defendant-Appellee,

and

NORTH RIVER INSURANCE COMPANY,
  Defendant/Cross-Defendant-
  Appellee,

and

MARK FEDERAU and OKEMOS AGENCY,
INC., d/b/a FIRST FINANCIAL AGENCY, INC.,
and d/b/a FEDERAU GROUP,
  Defendants/Cross-Plaintiffs-
  Appellees.

_____/

On order of the Court, the application for leave to appeal the June 28, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

p0221